

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-56,883-25

### IN RE LEROY HENDERSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 763936 & 763935 IN THE 263RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that on December 9, 2019, he mailed applications for writs of habeas corpus to Harris County and that his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Harris County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed habeas applications in Harris County, forward copies of orders designating issues together with correspondence documenting the date the State received Relator's habeas applications, or forward a copy of an order establishing new deadlines in accordance with this Court's emergency orders regarding the COVID-19 State of Disaster. *See* TEX.

CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5); First Emergency Order Regarding the Covid-19 State of Disaster, No. 20-9042 (Tex. Mar. 13, 2020); No. 20-007 (Tex. Crim. App. Mar. 13, 2020); Third Emergency Order Regarding the Covid-19 Disaster, No. 20-9044 (Tex. Mar. 19, 2020); No. 20-008 (Tex. Crim. App. Mar. 19, 2020). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: April 29, 2020
Do not publish